■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR ALBERT, Appellant. [652 NYS2d 532] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered August 15, 1994, convicting him of rape in the first degree, sexual abuse in the first degree (two counts), and endangering the welfare of a child, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The jury properly found that the defendant raped and sexu-

ally abused his seven-year-old stepdaughter. Resolution of issues of credibility, as well as the weight to be accorded the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari*, 176 NY 84). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo*, 44 AD2d 86). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see*, CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte*, 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., O'Brien, Thompson and Pizzuto, JJ., concur.